In the MATTER OF: Paula
S. HOLLIS, Debtor

Paula S. Hollis, Appellee

v.

Gregory A. Hollis; James
Hollis, Appellants

In the Matter of: Paula
S. Hollis, Debtor

Gregory A. Hollis; James
Hollis, Appellants

v.

Paula S. Hollis, Appellee

No. 16-40991
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed January 24, 2017

Paula S. Hollis, Pro Se

Emil Lippe, Jr., Lippe & Associates, Dallas, TX, for Appellant

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM: *

AFFIRMED. See Rule 47.6.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.